IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| FLEET OIL AND GAS LTD., 5600 ROCKHILL HOMES, LTD., LONGTIDE PROPERTIES, LTD., VLMC INC., AMERICAN ROYALTIES, LTD., AMERICAN ROYALTIES-LA, LEWISVILLE #7 PARTNERS, LTD., HUBEND 54, LTD., AND PARTNERSHIP EQUITY, LTD.,<br><br>  *Plaintiffs*,<br><br>v.<br><br>CHESAPEAKE ENERGY CORPORATION, CHESAPEAKE OPERATING, INC., CHESAPEAKE OPERATING, L.L.C., CHESAPEAKE EXPLORATION, L.L.C., AS SUCCESSOR BY MERGER TO CHESAPEAKE EXPLORATION, L.P., CHESAPEAKE ENERGY MARKETING, INC., AND TOTAL E&P USA, INC.,<br><br>  *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § |

CIVIL ACTION NO. _____

## NOTICE OF REMOVAL

Defendants Chesapeake Energy Corporation, Chesapeake Operating, Inc. (now, Chesapeake Operating, L.L.C.), Chesapeake Exploration, L.L.C. as successor by merger to Chesapeake Exploration, L.P., Chesapeake Energy Marketing, Inc. (now, Chesapeake Energy Marketing, L.L.C.), and Total E&P USA, Inc. ("**Defendants**") notify the Court, in accordance with 28 U.S.C. §§ 1441 and 1446, of the removal of the action styled *Fleet Oil and Gas Ltd., 5600 Rockhill Homes, Ltd., Longtide Properties, Ltd., VLMC Inc., American Royalties Ltd., American Royalties LA, Lewisville 7 Partners, Ltd., Hubend 54, Ltd. and Partnership Equity, Ltd. v. Chesapeake Energy Corporation, Chesapeake Operating, Inc., Chesapeake Operating, L.L.C., Chesapeake*

*Exploration, L.L.C. as successor by merger to Chesapeake Exploration, L.P., Chesapeake Energy Marketing, Inc., and Total E&P USA, Inc.*, Cause No. 048-290718-17, filed in the District Court of Tarrant County, Texas, 48th Judicial District (the "**State Court Action**"). Defendants remove this case on the grounds of federal-question jurisdiction, 28 U.S.C. § 1331, and state as follows:

1. Plaintiffs originally filed suit against Defendants on February 28, 2017. Plaintiffs' Original Petition states various claims against Defendants, including alleged violations of the Racketeering Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961-1968. *See* Pls.' Original Pet. pp. 35-51.

2. Pursuant to 28 U.S.C. § 1331, the Court has original jurisdiction over Plaintiffs' civil RICO claims because they arise under the laws of the United States. Accordingly, Plaintiffs' claims support federal-question jurisdiction. *See Baldwin v. Sears, Roebuck & Co.*, 667 F.2d 458 (5th Cir. 1982) (any civil action in which there is concurrent original jurisdiction in the federal and state courts is removable under 28 U.S.C. § 1441 absent an express congressional declaration otherwise); *Lichtenberger v. Prudential-Bache Sec., Inc.*, 737 F. Supp. 43, 44 (S.D. Tex. 1990); *Goldman v. Hartford Life & Acc. Ins. Co.*, No. 05-1835, 2005 WL 1457416, at *2 (E.D. La. June 16, 2005).

3. Defendants' counsel received a copy of Plaintiffs' Original Petition on February 28, 2017, therefore removal is timely because no more than 30 days have elapsed since Defendants received the initial pleading. *See* 28 U.S.C. § 1446(b)(2)(B).

4. This action may be removed to the United States District Court for the Northern District of Texas, Fort Worth Division because the action is pending in Tarrant County, Texas, which is within the jurisdiction of the Fort Worth Division. *See* 28 U.S.C. §§ 124(a)(1), 1446(a).

5. In accordance with Local Rule 81.1, Defendants attach the following Exhibits:

    **Exhibit A:**    Civil cover sheet

**Exhibit B:**   Supplemental civil cover sheet for cases removed from state court
**Exhibit C:**   State Court Action docket sheet
**Exhibit D:**   Index of documents filed in State Court Action
**Exhibit E:**   Each document filed in the State Court Action

    **Exhibit E-1:** Plaintiffs' Original Petition
(filed February 28, 2017)

    **Exhibit E-2:** Citation for Defendant Chesapeake Energy Corporation
(issued March 2, 2017)

    **Exhibit E-3:** Citation for Defendant Chesapeake Operating, Inc.
(issued March 2, 2017)

    **Exhibit E-4:** Citation for Defendant Chesapeake Operating, L.L.C.
(issued March 2, 2017)

    **Exhibit E-5:** Citation for Defendant Chesapeake Exploration, L.L.C.
(issued March 2, 2017)

    **Exhibit E-6:** Citation for Defendant Chesapeake Energy Marketing, Inc.
(issued March 2, 2017)

    **Exhibit E-7:** Citation for Defendant Total E&P USA, Inc.
(issued March 2, 2017)

    **Exhibit E-8:** Rule 11 Agreement
(filed March 23, 2017)

    **Exhibit E-9:** Chesapeake Defendants' Original Answer
(filed March 29, 2017)

    **Exhibit E-10:** TEPUSA's Original Answer
(filed March 29, 2017)

**Exhibit F:**   Certificate of interested persons

6. Immediately following the filing of this Notice of Removal, written notice of the filing of this Notice of Removal will be served on Plaintiffs' counsel, as required by 28 U.S.C. § 1446(d).

7. Defendants will promptly file a copy of this Notice of Removal with the Clerk of the District Court of Tarrant County, Texas, where the State Court Action was pending, as required by 28 U.S.C. § 1446(d).

8. For the above reasons, Defendants remove the State Court Action to this Court and request that the Court issue any orders necessary to stay proceedings in the State Court Action and assume jurisdiction over this action for all purposes.

Dated: March 30, 2017.

Respectfully submitted,

By: /s/ Craig A. Haynes
Craig A. Haynes
State Bar No. 09284020
craig.haynes@tklaw.com

Greg W. Curry
State Bar No. 05270300
greg.curry@tklaw.com

Rachelle H. Glazer
State Bar No. 09785900
rachelle.glazer@tklaw.com
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
Telephone: 214.969.1700
Facsimile: 214.969.1751

Jennifer P. Henry
Texas Bar No. 15859500
jennifer.henry@tklaw.com
THOMPSON & KNIGHT LLP
801 Cherry Street, Suite 1600

Fort Worth, Texas 76102
Telephone: 817.347.1733
Facsimile: 214.999.1616

ATTORNEYS FOR
THE CHESAPEAKE DEFENDANTS

Jeffrey C. King
State Bar No. 11449280
jking@winstead.com
Jamie Lavergne Bryan
State Bar No. 24026983
jbryan@winstead.com
Adam L. Plumbley
State Bar No. 24056146
aplumbley@winstead.com
WINSTEAD PC
300 Throckmorton Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 420-8200
Facsimile: (817) 420-8201

David Ammons
State Bar No. 24040426
dammons@winstead.com
WINSTEAD PC
1100 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002
Telephone: (713) 650-2692
Facsimile: (713) 650-2400

ATTORNEYS FOR DEFENDANT
TOTAL E&P USA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2017, a true and correct copy of the foregoing was served on Plaintiffs' counsel of record via electronic mail.

/s/ Craig A. Haynes
Craig A. Haynes